# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MARC GRIGSBY,<br><br>                      Petitioner,<br>   v.<br>DWIGHT NEVEN, et al.,<br><br>                     Respondents. | Case No. 2:16-cv-01886-APG-CWH<br><br>**ORDER** |

     Respondents' motion for enlargement of time (ECF No. 29) is GRANTED. Respondents shall have up to and including May 10, 2018, within which to file an answer to the 28 U.S.C. § 2254 petition in this case.

     Dated: March 8, 2018.

                                                   ANDREW P. GORDON
                                                 UNITED STATES DISTRICT JUDGE